1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff MONICA BOCANEGRA
6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MONICA BOCANEGRA,                ) Case No.: CV 08-1181 (FFM)
                                     )
12            Plaintiff,             ) [PROPOSED] ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
13       vs.                         ) ATTORNEY FEES PURSUANT TO
                                     ) 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
              Defendant.             )
16  ─────────────────────────────── )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20  amount of three thousand three hundred dollars, ($3,300), as authorized by 28

21  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22  DATE:    June 19, 2009

23                   /S/ FREDERICK F. MUMM

24                   _____
                     THE HONORABLE FREDERICK F. MUMM
25                   UNITED STATES MAGISTRATE JUDGE

26

                                    -1-